[No. 27047-5-III. Division Three. March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE DAVID HOPKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-03198-0, Gregory D. Sypolt, J., entered April 21, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 27160-9-III. Division Three. April 2, 2009.]

DANIEL M. DANIELS, *Appellant*, v. THE CITY OF SPOKANE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-04363-9, Kathleen M. O'Connor, J., entered May 13, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 61254-9-I. Division One. April 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. UNDRA DABNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-03489-3, Dean Scott Lum, J., entered February 8, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61449-5-I. Division One. April 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN NICHOLAS ALATORRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09443-8, Michael Heavey, J., entered March 7, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Agid and Becker, JJ.